FILED' 18 SEP 24 15:02USDC-ORM

AO 442 (Rev. 01/09) Arrest Warrant

RCVD 20 SEP 2018

# UNITED STATES DISTRICT COURT
for the
District of Oregon

United States of America )
v. )
 )  Case No. 1:18-mj-00208-CL
William Gregory Douglas )
 )
_____ )
Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **William Gregory Douglas**_____,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Transmitting Threats in Interstate Commerce to Injure Another in violation of Title 18, United States Code, Section 875(c) and Cyberstalking, in violation of Title 18, United States Code, Sections 2261A(2)(A) and (B).

Date: 9/20/18

_____
*Issuing officer's signature*

City and state:  Medford, Oregon           MARK D. CLARKE, U.S. Magistrate Judge
                                           *Printed name and title*

---

**Return**

This warrant was received on *(date)* 9-20-18, and the person was arrested on *(date)* 9-20-18
at *(city and state)* CAVE JUNCTION, OR

Date: 9-24-18                     For FBI  [signature]
                                  *Arresting officer's signature*

                                  DUSM Brad Scholer
                                  *Printed name and title*