FILED'20 JAN 14 16:14USDC-ORM

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:18-cr-00464-AA |
| v. | INFORMATION |
| WILLIAM GREGORY DOUGLAS, | 18 U.S.C. § 875(c) |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
**(Interstate Communications with Intent to Extort)**
**(18 U.S.C. § 875(c))**

During August and September 2018, in the District of Oregon, defendant **WILLIAM GREGORY DOUGLAS**, did knowingly and willfully transmit in interstate commerce from the state of Oregon to the state of California, a series of threatening communications, culminating in a specific threat to AV1, a known adult victim, to wit: "[AV1] I'm coming for you today #pray;"

In violation of Title 18, United States Code, Section 875.

Dated: January 14, 2020

Respectfully submitted:

BILLY J. WILLIAMS
United States Attorney

*Judith R. Harper*
JUDITH R. HARPER, OSB# 903260
Assistant United States Attorney